IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02293-PAB-KLM

KEVIN JACKSON,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, and
DENVER POLICE DEPARTMENT,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendants' **Unopposed Motion to Amend Scheduling Order** [Docket No. 14; Filed August 24, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#14] is **GRANTED**.  The Scheduling Order entered on February 15, 2012 [#13] is modified to extend the following deadlines:

- Discovery Deadline **September 28, 2012**
- Dispositive Motions Deadline **October 31, 2012**

Dated:  August 29, 2012