**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02293-PAB-KLM

KEVIN JACKSON,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER and
DENVER POLICE DEPARTMENT,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 32] of Judge Philip A. Brimmer entered on May 13, 2013 it is

**ORDERED** that Defendants' Motion for Summary Judgment and Brief in Support [Docket No. 18] is **GRANTED**.  It is

**FURTHER ORDERED** that judgment is hereby entered in favor of the defendants and against the plaintiff.  It is

**FURTHER ORDERED** that the defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 15th day of May, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Edward Butler

Edward Butler, Deputy Clerk